# EXHIBIT A

Jeffrey Gossett Background Letter to Judge Cain

Jeff Gossett

54 Ridge Rd., Lyman, SC 29365

The Honorable Timothy M. Cain
U.S. District Judge
315 South McDuffie Street
1st Floor
Anderson, SC 29624

Dear Judge Cain,

Words fall short describing the heart and motives of man, but they are all I have in this letter. I realize that motives are not a part of the legal system when it comes to guilt of actions. My actions broke the written law, I don't deny that, nor will I excuse that and that is the reason I pled guilty. Why put so many people through so much headache and expense when I clearly did what I did? My word means everything to me and that is another regret I have during this process; that my word was diminished in the sight of my children, family and others.

The situation of decision was forced upon business owners, especially restaurant owners, denying us the right to do business or even make a living. I didn't have the benefit of knowing the future. I was just aware of all of the financial obligations that lay ahead without any knowledge of where that money was coming from, since all revenue had been cut off without an end in sight. Therefore, I borrowed the government's money to lower my debt payments and to fulfill all contracts that were made prior to covid hitting our country with enough left over to operate the business and for repayment when payments were said to start. I had no way of knowing the program would change 4 times and banks would postpone payments. I spent zero dollars on pleasure, fun, or frivolous endeavors. I paid business expenses and fulfilled contracts made prior to COVID because all banks had cut off any kind of funding for our industry, which drove me to look for alternatives. People understand the immediate effect of no revenue, but the media never discusses the long term consequences of being cut off from financial services in the process, and no matter how much I had in the bank or how great my credit score was, banks wouldn't even talk to me since I was in the restaurant business because of the mandatory government shutdowns that destroyed revenue, that banks require. Therefore, I turned to the PPP loans, which I truly considered a loan the entire time. I kept enough in the bank, to be able to pay back all of the loans taken out, combined with my funds, in the time stated on the contracts. I am not stating all of this as a justification but as an explanation that I hope you will consider in your judgments on my case.

There were many that received those loans that had no means of revenue or a legitimate business to pay the loans back, which indicates there was no intent in the re-payment of these loans. I had the means through legitimate businesses, and I didn't file forgiveness on any of the loans that were deemed fraudulent, proving my intent of repayment. Despite the government forcing decisions I shouldn't have had to make, it didn't give me the right to misrepresent the truth. That mark will be on my heart the rest of my life, because my witness has been damaged. I should have trusted God's plan instead of giving into fear, and fear is something I tell others will ruin their lives, then I fell victim to it, even by my own hand.

Everything that I did was to protect my family, my employees and the restaurants that I have worked so hard to build. I lost one restaurant that I had in Spartanburg because of the shutdowns, so I did what many did and figured out a way to survive. The path I chose came with consequences yet my motives were always 100% pure in repayment. There were over 138 billion dollars left over from the extended PPP loan period, so I never took money from anyone that needed it.

If you look at my credit and my businesses, I always pay my bills. These loans would not have been different. I have chosen to payback the legitimate PPP loan as well so the government will loose nothing on me in any regard. It is a loan of over $117,000 that could have been forgiven, but I'm gladly paying it. Also, I paid the processing fees of almost $39,000 that the government incurred from the banks charging processing fees on the loans. Charging almost 13,000 for each loan application seemed abnormal, but I didn't question. I was eager to payback any monies lost in any regard, even the interest that has accumulated on the seized funds.

To summarize, as a restaurant owner, I was put in a position that was difficult to save the restaurant and its employees dependent on me. Yet, no matter what, I should have obeyed the laws of the land and found a legal way to overcome the situation forced upon us all. I justified it because of my motive to have zero damages to anyone involved through repayment. The only thing that I know to do is to make it right because saying "I'm sorry" is never enough without actions of sorrow as proof. I believe I have done that to the best of my ability and will always strive for excellence with complete integrity, not rationalized justifications. I am sorry that you had to spend your time reading a letter from someone that should have known better.

Sincerely,

Jeff Gossett