# EXHIBIT B

Letter from Elizabeth Gossett

December 18, 2021

The Honorable Timothy M. Cain
U.S. District Judge
315 South McDuffie St. 1st Floor
Anderson, SC. 29624

Dear Sir,

I sincerely appreciate the opportunity to write you and I thank you for your time in reading and considering my letter. I have to say that your job must be an extremely tough one because you must weigh people in the balance of justice and that would be a deeply convicting, soul-challenging position to be in! Being in your seat would be a very heart-heavy place to be for sure. You must have amazing courage and great strength of heart! I certainly respect and admire you for your years of service to our state's legal system and I also have great admiration for your dedication to being a judge which is based on my belief in the Lord God who is the one true judge for all of mankind. So it is with immense fear and conviction that I write this letter. You truly hold my family's future in your hands!
For myself, I am just a simple homemaker trying to raise a house full of my own kids. Eight of our eleven kids are still living in our home. I am homeschooling them with the conviction to train them up in the way that they should go, teaching them to believe in Jesus Christ, and to do what is right and treat people the way that they desire to be treated. Jeff and I have been married for 28 years and 8 months. I don't see us as much different than most people, we have our own "issues" between us but we go on together. We both believe that the Lord has a plan and purpose for each and every one of us and that his plan is the very best! We don't always agree but we know and trust the God who has all the answers and so we pray and read the Bible with our kids and try to do the best we can, believing that God's written word is true. My favorite scripture is Romans 8:28 which says "And we know that God causes all things to work together for good to those who love God, to those who are called according to His purpose." And with that, when things get very difficult and the trials come, we trust that He makes a way because He is faithful!
Your Honor, Jeff is an awesome father and husband and has always strived to live by the Bible and by a deep conviction that he answers to God for everything that he does. He's never done anything that was blatantly illegal since I have known him, which probably means he has never done anything blatantly illegal because I've known him since he was 15. For what you are holding him accountable for, I am perfectly certain his only intentions were to borrow enough, with every intention to pay back all of it,

(because he values our personal and business credit as well) to make sure that the business would be able to sustain our family through an uncertain pandemic.
When this crazy pandemic came, our livelihood was threatened greatly by lockdowns with no clear answer as to when the restaurant would be able to have customers come in again. Dine-in customers were the bulk of our income. Our restaurant that he has put an enormous amount of time and investment into was in jeopardy. We were very unsure that it would survive and with that, how were we, a very large family, going to survive? We went to the Lord in prayer! We had to walk by faith, and do whatever we could do. But in addition, Jeff made decisions to acquire loans through the programs that were offered simply to ensure that the business- and our family- would be able to survive until a more clear understanding of how things were going to go in this pandemic were obtained. Jeff did not in any way and with no intentions other than to keep our business and livelihood going, take loans out to blow money frivolously, nor did he have any intentions of not paying the money back. Now that everything has been completely paid back, I am humbly asking that you have mercy on him and forgive him for the illegality of obtaining the loans.
As I write this, my stepdad for 24 years is in the final stages of lung and kidney cancer at home, dying, and he's been my mom's best friend all this time. I need to support my mom during her grief and I desperately need Jeff for this time as well. I have depended on him since we got married because we agreed that I would stay home to raise our kids and I got pregnant three weeks after we got married with our first child 28 years ago and now our youngest child turned 6 in December. I am depending on Jeff to be our support, we truly need him. I need him to provide for our family and help me raise our boys! He definitely does not fit any kind of mold, especially that of a criminal! Lord forbid! Everything borrowed- not stolen- was repaid. Please show compassion and mercy on my husband, Jeff Gossett, in your sentencing. Blessed are the merciful because they will obtain mercy! May the Lord look favorably upon you, Your Honor, as you look with favor to Jeff Gossett.

Very sincerely yours,

Elizabeth Gossett

Elizabeth Gossett