# EXHIBIT C

Letter from Janelle Nixon

Janelle Nixon
308 Loxley Drive
Simpsonville, SC 29680
864-908-6084
jgnixon93@gmail.com

Dear Judge Cain,

My name is Janelle Nixon, and I am Jeff Gossett's sister. Jeff and I have not always been close but as we both have grown and matured, I have come to value my relationship with Jeff. I know that I can trust him to do what he says he will do and that he is always looking for ways to help others.

While I understand he was not eligible for all the loans, I also know that Jeff would never have borrowed the money with the intent of not paying it back. Of course, this example doesn't compare in regard to the amount of money, but there was a time when Jeff was struggling to make ends meet and he asked to borrow $5000 from me. I lended him the money trusting that he would pay it back when he could. It took over a year, but he paid it all back little by little.

I know of multiple examples where Jeff has helped various employees who were struggling financially or had hard times and Jeff would lend them money, help with their bills, drive them to appointments, take care of medical expenses and challenged them to better themselves.

Jeff is a wonderful father to his 11 children. He raises them to be hard working, respectful, and God honoring. Jeff may do things differently than I would, but his intentions are always focused on what's best for his family, his business, and those he cares about. Jeff seeks to serve and honor God in everything he does.

When the pandemic hit last year, Jeff's business was just starting to pick up and he was afraid of what the government shutdown would do to his employees, the business, and his family. Jeff was extremely concerned that the shutdown, that he had no choice over, would destroy everything he had worked so hard to build. I believe with all my heart that Jeff had every intention from the beginning to pay back all the money he received within the terms of the loans. My understanding is that Jeff has paid back all the money he borrowed, and I respectfully ask that be considered during his sentencing. This has been a long stressful year for Jeff, his family and even his employees not knowing what will happen with their dad, their boss, and their future. Thank you for your consideration.

Sincerely,

Janelle Nixon

Janelle Nixon