# EXHIBIT D

Letter from Kelly Green

Deborah K. Green

300 Morrow St.

Greer, SC 29650

January 3, 2022

The Honorable Timothy M. Cain

U.S. District Judge

315 South McDuffie Street 1st Floor

Anderson, SC 29624

RE: Jeff Gossett

Dear Judge Cain,

My name is Deborah Green. I have had the privilege of knowing Jeff for about 20 years so it is my pleasure to provide this character reference. My husband worked with Jeff and over the years they became friends. I have become friends with him and his family as well. As long as I have known him, he has stepped in to help someone in need.

After a recent loss to our family, Jeff has been an incredible support system for us. Since losing their father, he has been moral support for my children. He is someone that they can go to for advice and guidance. Being a dedicated father and having been close friends with my husband, he is someone they can turn to.

As for myself, I think if it had not been for Jeff, we would possibly be homeless. When my life fell apart, he has helped me pick up pieces. I feel like such a burden to him. He has said many times that the Bible says to help the widows and orphans. He takes that to heart. He said that he and my husband always said if anything happened to either of them, the other would step in and take care of the family. Jeff has absolutely done that!

Words cannot express how truly thankful I am for him. Again, I will say that it is a privilege to know him.

Sincerely,

Deborah Kelly Green

Deborah Kelly Green