# EXHIBIT E

Letter from Tina Dodd

Tina Dodd
1325 Miller Road
Greenville, SC 29607

November 27th, 2021

Re: Jeffery Gossett

To: The Honorable Judge Timothy M, CAIN
U.S. District Judge
315 South McDuffie Street, 1st Floor
Anderson, SC 29624

Dear Judge Cain,

I have known Jeff Gossett as a friend for over ten years. I was both troubled and surprised to hear about his current criminal case, as he has always been a very reliable and loyal person. It is for this reason I am happy to write a character letter on behalf of Mr. Gossett on this matter. Additionally, I understand the seriousness of this matter, however I hope the court will show some leniency.

Mr. Gossett has always had an upright character in his community, always willing to lend a hand to someone in need or to lend words of encouragement or mentorship to other entrepreneurs. In our friendship, Mr. Gossett has really been there for me especially in my hardest moments in life. It was Mr. Gossett that was a source of camaraderie for me and has truly been a valuable friend to me over the years.

In addition to our friendship, Mr. Gossett is a loyal husband and family man that leads by Biblical integrity. While it is unfortunate that he has made a bad decision resulting in this case, and while I was surprised to hear of his misconduct, it also comes as no surprise to me that Mr. Gossett is ready to accept the consequences for his actions. It is also no surprise to me that he has repaid the terms of the loans, with interest, before its due date, and not filing for forgiveness on loans he had every intention of repaying.

In short, Mr. Gossett has expressed a deep sense of remorse in making such a serious mistake and I believe in his ability to repay his debt back to his community, his friends and his family. I believe as we move forward, Mr. GOSSET will emerge a better person.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current situation, I believe Mr. GOSSET to be a loyal, trustworthy, honorable individual, a loved member of the community and a friend of mine who deserves a second chance, especially considering the circumstances of COVID and weight of being in the restaurant business during this time period.

Very Respectively,

Tina Dodd

Tina DODD