# EXHIBIT F

Letter from Robert B. Nations

Ad Plus, Inc.
Advertising & Marketing

The Honorable Timothy M. Cain

November 16, 2021

U.S. District Judge

315 South McDuffie Street, 1st Floor

Anderson, SC 29624

Dear Judge Cain:

I'm writing this note on behalf of my friend Jeff Gossett to express the fact that, in spite of the charges facing him, my experience in dealing with him (I have a small advertising agency that works with him on advertising for his SELECT Restaurant) have always shown him to be an honorable man. Mr. Gossett has always been honest with me and has always paid me for his advertising bills in a prompt manner. During the many hours I have spent with him discussing his advertising plans, I have witnessed how he has always seemed to care about the well being of his staff and of his customers. I feel that he is a good person, that seems to have made some foolish mistakes in judgement, but that didn't plan to steal from the people of the United States of America. On many occasions he has expressed to me his deep love and devotion for our AMERICA and I'm convinced that he wouldn't knowingly do her wrong. His restaurant offers a number of employees a very good living and supplies the local city, county and federal governments with a good amount of tax revenue. He also (without asking for any recognition) supplied Greer Community Outreach with meals every Wednesday during the pandemic—the man does have a good heart! Thank you for taking the time to read my feelings.

Robert B. Nations

603 Roper Mountain Road • Greenville, SC 29615 • Phone (864) 414-2380
Email: adplusinc2@gmail.com