# EXHIBIT G

Letter from George Stathakis

The Honorable Timothy M. Cain
U.S. District Judge
315 McDuffie Street
1st Floor
Anderson, SC 29624

Dear Judge Cain,

I've been associated with Jeff Gossett for over 1o years on a personal level.

I have found Jeff an honest man who does what he says. I say this because I have financed a business to him as well as a home. Jeff never missed a payment and paid off these loans on time.

I've known Jeff to go out of his way to help people. Whether it was free consulting In their business or just being helpful in many ways.

I was in business for 45 years in Greenville as well as Anderson. My reputation means a lot to me and I feel comfortable by giving this recommendation to a local businessman as well as a friend.

Jeff has worked extremely hard building his restaurant business.

Please feel free to call me with any questions you may have.

Sincerely,

George Stathakis
864 270 0191