# EXHIBIT H

Letter from Andrea Gonzales

The Honorable Timothy M. Cain
US District Judge
315 South McDuffie Street,
1st floor
Anderson, SC 29624

Dear Honorable Judge Cain,

I am writing this letter on behalf of my boss and my friend Jeff Gossett. My name is Andrea Gonzales and I have had the honor of getting to know Jeff as a respected employer, mentor and over time, a friend for several years. I met him right in the middle of my life being completely turned upside down. I was newly a single mom with no clear plan except to find a job that will provide for my children. Jeff gave me employment as a manger in his restaurant SELECT and a path to better my life and the lives of my children. He gave me more than a job, SELECT brought a purpose. It keeps me grounded to have an employer such as Jeff who has proven time and time again to be a man of his word no matter the cost of his time or his plans. He has always come through. If you ask any employee what they thought of Jeff, the words like just and fair always come out. He is a person that I have come to know as honorable and dependable. I pray mercy from you, your honor, on behalf of a man that accepts his failures and shortcomings, and has given more than most any person would, to those around him.

Sincerely,

Andrea Gonzales
864.991.7123