# EXHIBIT I

Letter from Robin Johnson

December 1, 2021

The Honorable Timothy M. Cain
U.S. District Judge
315 South Mcduffie Street, 1st Floor
Anderson, SC 29624

Dear Judge Cain,

This letter is written at my request and by me, Robin D. Johnson on behalf of Jeff Gossett. I have known Jeff for several years and in that time, I have worked with him weekly while acting as his accountant but more importantly his friend. I am honored to be both and will continue to act as such regardless of the results of the actions in question.

Jeff shared with me his activities after he was confronted by the FBI regarding the PPP Loan issues. I expressed my concerns regarding his actions but I am convinced that he never intended to keep any funds that were not correctly due to his companies per the PPP regulations. He utilized the loans, as per the PPP rules, to pay salaries, wages, mortgage payments, utilities, etc... Nothing was ever used for personal or frivolous expenses. I am also aware that Jeff has paid back every penny of the loans as well as the interest due on those loans. This speaks to his intentions to only keep his employees working and the businesses functioning during the craziness of the pandemic. Theft or misuse of the funds was never his intent.

I would like to share several examples of Jeff's character that I have specifically noted during the time I have known him. The first has to do with his family. Jeff has eleven children ranging in age from approximately twenty-eight to approximately seven. Every one of these children has been raised to be Christians and all have been taught to live and grow from the Bible. They have been taught to respect others and to stand for their beliefs. They are also loved dearly. Jeff greets them all with hugs and "I love you" on a consistent basis. Every child is made to feel important but more importantly made to feel loved. This is the kind of family man that Jeff represents.

The second character is Jeff's faith in God. Jeff has shared his faith with me and I have never seen anyone as knowledgeable of the Bible as Jeff. I almost think he has the whole Bible memorized but more importantly it is imprinted in his heart and soul. He prays before every important decision and I know he prayed before he completed these PPP loans. He never felt that he was doing the wrong thing in his heart as he had no intention of not paying them back.

I have also seen Jeff give freely to others. When his best friend needed a home, Jeff borrowed the money and bought him a home. Then the friend died and Jeff is still taking care of his widow.
One of Jeff's employees needed a down payment on a home. Jeff simply gave them a bonus and it was enough to do the down payment. Another employee was allowed to continue to work, even though he was a terrible employee, until he could find another job. This lasted for over a year. Jeff's heart is kind. There is no malice or evil intent in him.

I am aware that Jeff has broken the law and he has freely admitted it. However, sending Jeff to prison will not serve any purpose. His family will suffer tremendously and potentially the businesses that employ many people will also suffer or fail. During this time of pandemic craziness, keeping businesses open was the purpose of the PPP loans.

Thank you for your consideration and please do not hesitate to call me if I can provide any additional information.

Sincerely,

Robin D. Johnson

Robin D. Johnson
Managing Partner
Johnson Accounting LLC
1 Moultrie Drive
Taylors, SC 29687
864-979-7636