**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CR: 6:21-cr-00381** |
| | ) | |
| **JEFFREY GOSSETT** | ) | **DEFENDANT'S NOTICE OF FILING WITNESS STATEMENTS** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

The Defendant, Jeffrey Gossett, by and through his undersigned counsel, E. Bart Daniel, respectfully submits this Notice of Filing with attached Witness Statements (attached as Exhibit 1) of Abraham Gossett, Adara Aho, Adriel Gossett, Andrea Gonzales, Deena Gibson, and Lillie Robinson for the Court's consideration at the Supervised Release Violation Hearing scheduled for September 15, 2022.

Respectfully submitted,

By: *s/E. Bart Daniel*

E. Bart Daniel
Federal Bar No. 403
E-Mail: bart.daniel@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC 29401-2239
(843) 853-5200

*Counsel for Defendant Jeffrey Gossett*

Charleston, South Carolina

September 7, 2022