**EXHIBIT 1**

Abraham Gossett

September 2, 2022

Mr. Bart Daniel
Liberty Center | Suite 600
151 Meeting St. | Charleston, SC 29401

Dear Mr. Bart Daniel,

Im writing all of this in regards to my experience working with Vivian Guajardo:

I specifically recall on multiple occasions where Vivian would say things such as "I'm not a touchy person, until I feel like being one or decide to touch other people." which was done on multiple accounts. She has swatted my shoulder because of a joke I may have made, even sometimes a joke I would make to another co-worker while she would be standing next to me and she felt personally compelled to. She has ran her fingers through my hair numerous times when I would bend down to reach for something in a drawer, or if I had leaned over a desk she was on the other side of, etc. She has poked me multiple times thinking it was funny, or has poked me consecutive times on many occasions to get my attention while trying to work. It got to the point she started standing extremely close to me unnecessarily when I was in her vicinity, and then joking about how she's surprised I don't have feelings for her with comments such as "what's not to like" In response to me denying any feelings. I went on to explain that I most definitely have a lot of different values and possibly religious views than her based on previous conversations we've had. To me that was just another red flag regarding Vivian's overall character.

The joking around by poking me, running her fingers through my hair, giving me high fives all the time, swatting my shoulder, and caressing my arm/shoulder while she would say "you did a really god job today." or "You're doing great" in the middle of the shift, all persisted. Everyone at SELECT respects anyone's boundaries except for Vivian so it is ironic that she would say she was assaulted when she touched people more than anyone else, even though we have a consistent playful environment. To everyone, including Jeff, it was viewed as normal. A lot of my coworkers began to note how much she touches me, and would tease me about her liking me, or genuinely asking me if I was dating her. Of course, I constantly repeated "No" to any question regarding that topic, but it all goes to prove how I thought nothing of these happenings.

I say all of this to conclude the fact that with everything that went down Tuesday night: there was nothing about the situation that striked me as odd, offensive, out of the ordinary or overstepping of boundaries towards Vivian. Just another example of someone messing around with another person because of how she herself displays her personality and physical tendencies at work every single shift. Even towards Jeff.

I was surprised to say the least about her response to the entire situation. Had that been her doing it to me, I wouldn't have thought twice about it as much as she shouldn't have thought twice about it because she has touched me much more forcefully than she was touched on the face. At the end of her shift, which was right after the incident, she displayed nothing of being bothered by what happened. Vivian even sat and had conversation with both closing managers and myself. She even said, goodnight, I'll see you guys tomorrow. (She was scheduled to work in the morning)

Sincerely yours,

Abraham Gossett

Abraham Gossett

Adara Aho

Mr. Bart Daniel
Liberty Center I Suite 600
151 Meeting St. I Charleston, SC 29401

Dear Mr. Bart Daniel,

I have been employed by Jeff Gossett since March of 2019. At the time I began working under him, I was a senior in high school and now I am currently pursuing my Masters. My employment at SELECT has been instrumental in my life; not only in relation to my career, but from stepping out of adolescence into adulthood. Jeff has never been afraid of being more than just an employer to his staff. Time and time again I have watched him fill whatever role was needed... as a friend, financial advisor, or the boss who pushes you to be your best self.

A few key moments stand out to me as I reflect back on the last 3.5 years. During COVID, perhaps one of the most anxiety-inducing times of any server's life, Jeff never wavered in ensuring our employment. Where my friends who served at other restaurants were let go, or had to leave the restaurant industry due to it's financial hardships, Jeff instilled a sense of confidence in each of us and took care of us, both financially and otherwise. He guaranteed none of my bills would go unpaid. He stepped beyond his obligations as a restaurant owner, which he has done over and over.

Another instance that comes to mind occurred after a shift, very late one night. I had a flat tire, and I texted my coworker out of frustration and my message was passed along to Jeff. Both Jeff and my manager showed up to help me, past midnight, after a long weekend. Again, without ever being asked, Jeff made himself available beyond his responsibilities.

As someone who has worked in the restaurant industry since my first job at 14, I fully understand how intimidating it can be as a young woman. In previous jobs, feeling uncomfortable by men is assumed to be part of the job. Upon working for Jeff, he made it abundantly clear that will *not* be the culture in his restaurant. There have been many instances where I have casually mentioned a guest crossing a line - verbally or physically. Jeff has always made me confident that not only my safety but my comfort matters more than any guest's experience. He has offered to either approach my table himself or made me totally comfortable that he would support setting a boundary myself. This is one aspect of SELECT that I truly believe sets us apart from the restaurant industry as a whole.

Jeff and his management team have worked diligently to create an environment that their employees are comfortable in. With a relatively young crowd and a *very* low turnover rate, myself and my coworkers enjoy a feeling more akin to friendship than colleagues. That is a culture that Jeff carefully protects and

facilitates, and has made the job enjoyable… for both those employed and those who dine with us.

Due to the close familial environment SELECT possesses, there is a very natural playfulness between the staff members. I can personally attest that I have engaged in playful rough-housing with other staff members, including Jeff, and I have never been disrespected by the nature of SELECT's culture, nor have I witnessed anything opposite. The close friendships between staff members is something that I, and my coworkers, appreciate about working for Jeff.

Sincerely yours,

Adara Aho

September 2, 2022

Mr. Bart Daniel
Liberty Center I Suite 600
151 Meeting St. I Charleston, SC 29401

Dear Mr. Bart Daniel,

On Tuesday the 16th, I was working as a manager on duty for the dining room at SELECT. The entirety of the night was a busy, but playful mood, which is usual for our restaurant. Vivian, in the past, has been seen playing around with other employees, even swatting or hitting people before all in a joking manner on majority of those nights. Anyone that works here can say that everyone behaves this way or even move people out of the way in a rough manner due to business moving at a fast pace. Nothing was seen that bothered anyone, except in Vivian's mind, or was seen in a malicious manner. Truly, playing around or just joking with each other is par for the course. Jeff barely touched her face.

After closing, Vivian said she just wasn't feeling well, due to bleaching her boyfriend's hair before her shift at work, and proceeded to show me a video. This all occurred after Jeff joked around with her. We,(Myself, Vivian, Deena (another manager), and Abraham) were sitting at the back high top table getting all of our end of the night paperwork finished. Abraham had come and hugged me. Vivian then brought up how she didn't like to be touched most of the time unless she let the person, but she would pat people and other things like that, but didn't like people doing it to her in return. As she was saying this, she gave an example by patting Abraham hard enough to make an audible noise (which no sound came from Jeff's playfulness) on the shoulder. Abraham and I then asked her how that was fair of her that it was ok for her to touch people, but that it wasn't ok for them to do the same? She said she just didn't like it. We all looked at her, she finished receiving her cash out from tips for the night, we told her to feel better, and that we would see her later.

After much consideration of the situation, I frankly can't imagine how Jeff barely touching her face could have been construed as assault. The entire staff will vouch for Jeff that he would be their protector long before he would assault anyone, and thinks the entire situation is absurd. Even reading the law, I can't see how the Greer police could, with a straight face, even fill out a warrant.

Sincerely yours,

Adriel Gossett

Adriel Gossett

Andrea Gonzales

Mr. Bart Daniel
Liberty Center | Suite 600
151 Meeting St. | Charleston, SC 29401

Dear Mr. Bart Daniel,

On the evening of August 16th 2022, I came into a conversation between Deena, Jeff and Vivian. It all appeared light hearted and fun. I witnessed Jeff reach out and brush his hand across Vivian's left cheek with his hand while saying in a jovial manner she was standing in his spot. I didn't hear or see a reaction from the interaction with Vivian and Jeff. There were many instances where Vivian had touched or playfully hit someone, including Jeff. I realize the video looks like Jeff slapped Vivian but you can clearly see his hand slow down right before and barely touch her. That was part of the joke. I am the one that supplied the video to the officers with Jeff present and neither one of us considered the video incriminating.

Our entire work staff has witnessed such instances or been a part of them with Vivian being an instigator of some. I am shocked the accusations that Vivian has claimed saying Jeff assaulted her as she has put her hands on many employees many times. One male staff in particular she was always playfully touching / hitting with and we never thought anything different. Vivian even texted me the next day that she would be there for her shift and that she loved working at SELECT, therefore indicating she had no fear of working in our environment.

I have worked for Jeff over 4 years now and have never seen him harm anyone in any regard. There's much to be said about his character and none of that being he's violent or even inconsiderate of people's well being.

Sincerely yours,

Andrea Gonzales

Deena Gibson

Mr. Bart Daniel
Liberty Center I Suite 600
151 Meeting St. I Charleston, SC 29401

On the night of Tuesday August 16th, near closing time, the host Vivian G. wandered over to the bar area where I was working and shared a joking and playful time after a busy shift. Shortly after Vivian stopped at the bar, Jeff Gossett came from the back of house. I initiated conversation with Jeff and Vivian joined in on that conversation. Jeff responded jokingly and reached over with his open right hand making contact with his fingertips to the left side of Vivians cheek/jaw best described as a playful tap.

This took Vivian by surprise and she asked what that was for. Jeff responded that she was in his spot, and joked about her place at the front desk. Nothing about the contact was violent, I do not feel that it was done with any ill intent. I did not hear anything from Vivian on the matter after closing.

In the time I have worked with Jeff I have not witnessed any instances where he has been violent. To this day, Jeff has been attentive, considerate and supportive with employees.

I have seen Vivian place her hands on different employees throughout her employment in joking playful ways as well as to get someone's attention, this includes Jeff.

To the best of my recollection,

Deena Gibson

Mr. Bart Daniel
Liberty Center I Suite 600
151 Meeting St. I Charleston, SC 29401

Dear Mr. Bart Daniel,

When I started working at SELECT, I always appreciated the culture of my work environment. I have worked at SELECT for 2 years and 8 months and the culture has never changed and I appreciate it more now than ever. Everyone has always respected each other's boundaries and looked out for one another. If a customer ever bothers me or makes me feel uncomfortable I can always speak up about it and Jeff or other management will handle it.

I have never been made uncomfortable by someone that works in the kitchen or up front. One server Luke does not like hugs and has his own personal bubble. Luke created that boundary and people at work respect it.

There was once a male customer, who was in his 40's, that gave me his number and asked me out. I let Jeff and Andrea know about it and they did not hesitate to confront the guy. If I ever feel uncomfortable walking to my car at night anyone will go with me just to make sure I am safe. Jeff has always made sure his employees feel safe in their work environment.

Another part I love about SELECT's culture is everyone's sense of humor. We all love making jokes or messing around. If a joke is ever taken too far or seemed to make someone upset, there is always open communication. Jeff has gone out of his way to make sure I was ok when I seemed to be upset or offended by a customer or co-worker. When I worked with Vivian she would joke around with everyone and was never shy. She always had a flirtatious personality. I never saw Vivian look uncomfortable from someone at work or be affected by a joke and most of the time she was the instigator of the jokes.

Sincerely yours,

Lillie Robinson

Lillie Robinson

Lillie