IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:21-381 |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY GOSSETT | ) | |

**MOTION TO DISMISS PETITION AND TERMINATE SUPERVISED RELEASE**

The United States of America, by and through its undersigned counsel, hereby requests the Court dismiss the Petition filed at ECF No. 59, which initiated revocation proceedings against Defendant, and terminate supervised release.

The Petition alleges one violation of supervised release – new criminal conduct. The alleged new criminal conduct involved Defendant's arrest by the Greer Police Department for assault and battery 3rd degree on or about August 23, 2022.

On November 19, 2024, a jury trial was held in the Greer Municipal Court on the assault and battery 3rd degree charge pending against Defendant. The jury returned a verdict of not guilty. A copy of the not guilty verdict is attached as Exhibit A to this Motion. Based on the not guilty verdict, and the Government's review of the state's evidence against Defendant, the Government requests the Court dismiss the Petition against Defendant.

Defendant's term of supervised release was scheduled to expire on July 13, 2024. However, the pending Petition caused his supervised release term to continue. As of the filing of this Motion, Defendant remains on supervised release. U.S. Probation Officer Tim Hurst has supervised Defendant since his arrest. Probation Officer Hurst reports Defendant has been compliant with supervision and completed all the special conditions as well as paid all restitution ordered by the Court. The Government also requests the Court terminate Defendant's supervision in the event the

Court dismisses the Petition.

Prior to filing this Motion, the undersigned consulted with Defendant's counsel, Bart Daniel, who consents to this Motion.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: s/Winston I. Marosek
Winston I. Marosek (#13189)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Phone: 864-282-2100
Winston.Marosek@usdoj.gov

Dated: November 21, 2024