| | | |
|---|---|---|
| **STATE OF SOUTH CAROLINA**<br>**COUNTY OF GREENVILLE**<br>**CITY OF GREER** | ) | **CASE NUMBER**<br>**2022A2320500603**<br><br>**IN THE MAGISTRATE'S COURT**<br><br>**CHARGED WITH OFFENSE OF**<br><br>**Assault & Battery 3rd** |

November 20, 2024

**The State of South Carolina**

**vs.**

**Jeffrey Jay Gossett**
**112 Trade Street**
**Greer, SC 29651** **DOB: 09/23/1974**
**DEFENDANT**

# SENTENCE

**Not Guilty Jury Trial**

---

---

STATE OF SOUTH CAROLINA

COUNTY OF GREENVILLE

CITY OF GREER

I, **Henry Jerome Mims,** Magistrate for the City of Greer in **Greenville County**, in State aforesaid, do herby certify that the foregoing is a true copy of the sentence pronounced by me in the case above entitled.

**JUDGE**

The above defendant delivered to SCPPP , Agent Tim Hurst

MC2301